UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JENNIFER LAWSON,

v.   C.A. No. 1:24-CV-00136-WES-PAS

WS ASSET MANAGEMENT, INC.;
GARDEN CITY OWNER LLC;
CROSSHARBOR CAPITAL PARTNERS LLC;
OCEAN STATE JANITORIAL SERVICES, INC.;
JOHN DOE and/or JANE DOE, ALIAS
and DOE CORPORATION, ALIAS

## AMENDED COMPLAINT

NOW COMES THE PLAINTIFF in the above-entitled matter and hereby attests as follows:

## PARTIES

1. Plaintiff, Jennifer Lawson, is a resident of the Town of Smithfield, County of Providence, State of Rhode Island.

2. Defendant, WS Asset Management, Inc, upon information and belief, is a Foreign Profit Corporation licensed to do business in the State of Rhode Island and having the requisite minimum contacts in the State of Rhode Island to satisfy an assertion of jurisdiction.

3. Defendant, Garden City Owner LLC, upon information and belief, is a Foreign Limited Liability Company licensed to do business in the State of Rhode Island and having the requisite minimum contacts in the State of Rhode Island to satisfy an assertion of jurisdiction.

4. Defendant, Crossharbor Capital Partners LLC, upon information and belief, is a Foreign Limited Liability Company licensed to do business in the State of Rhode Island and having the requisite minimum contacts in the State of Rhode Island to satisfy an assertion of jurisdiction.

5. Defendant, Ocean State Janitorial Services, Inc., upon information and belief, is a Domestic Profit Corporation licensed to do business in the State of Rhode Island and having the requisite minimum contacts in the State of Rhode Island to satisfy an assertion of jurisdiction.

6. The Defendants, John Doe, Alias and/or Jane Doe, Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

7. The Defendants, Doe Corporation, Alias whose identity is presently unknown but expected to be revealed through discovery is upon information and belief a corporation and/or business entity with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

## COUNT I

8. The Plaintiff hereby incorporates by reference paragraphs 1 thru 7 above and alleges as follows:

9. On or about July 20, 2021, Plaintiff, Jennifer Lawson, was an invitee on the property located at 200 Midway Road in Cranston, Rhode Island and at all times herein was in the exercise of sufficient due care and caution so as to allow recovery in this matter.

10. On or about July 20, 2021, Defendant, WS Asset Management, Inc., managed, leased, owned, operated, maintained and/or otherwise controlled the property located at 200 Midway Road in Cranston, Rhode Island.

11. That on or about July 20, 2021, Plaintiff, Jennifer Lawson, was an invitee at the Garden City Center, 200 Midway Road in Cranston, Rhode Island, and while exiting said property Plaintiff was caused to trip and fall due to an unreasonably dangerous condition, to wit, a negligently maintained floor mat located within the inner exit/entry doors, where invitees are known to traverse, causing Plaintiff to be severely injured, incur pain and suffering, requiring medical care, surgery, scarring, permanent impairment, treatment and medical expenses, loss of wages and earning capacity, and she was otherwise injured and damnified.

12. The Defendant, WS Asset Management, Inc, by and through its agents, servants and/or employees owed a duty to the Plaintiff to keep, maintain, and/or inspect the premises and to keep the premises in a reasonably safe condition.

13. That on or about July 20, 2021, Defendant, WS Asset Management, Inc., by and/or through its agents, servants, and/or employees (for which this defendant is responsible for through Respondeat Superior), negligently maintained or allowed said premises to be or remain in a negligent condition and failed to warn of a defective and/or unreasonably dangerous condition, and in an area where invitees are known to traverse, at the property located at 200 Midway Road in Cranston, Rhode Island.

14. As a direct and proximate result of the Defendant's negligence Plaintiff was caused to incur personal injuries, pain and suffering, emotional distress requiring medical care,

surgery, scarring, permanent impairment, treatment and medical expenses, loss of wages and earning capacity, and she was otherwise injured and damnified.

15. Damages are sufficient to confer jurisdiction upon the Superior Court.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, plus interest, costs and attorney's fees.

## COUNT II

16. The Plaintiff hereby incorporates by reference paragraphs 1 thru 14 above and alleges as follows:

17. On or about July 20, 2021, Plaintiff, Jennifer Lawson, was an invitee on the property located at 200 Midway Road in Cranston, Rhode Island and at all times herein was in the exercise of sufficient due care and caution so as to allow recovery in this matter.

18. On or about July 20, 2021, Defendant, Garden City Owner LLC, owned, operated, managed, maintained and/or otherwise controlled the property located at 200 Midway Road in Cranston, Rhode Island.

19. That on or about July 20, 2021, Plaintiff, Jennifer Lawson, was an invitee at the Garden City Center, 200 Midway Road in Cranston, Rhode Island, and while exiting said property Plaintiff was caused to trip and fall due to an unreasonably dangerous condition, to wit, a negligently maintained floor mat located within the inner exit/entry doors, where invitees are known to traverse, causing Plaintiff to be severely injured, incur pain and suffering, requiring medical care, surgery, scarring, permanent impairment, treatment and medical expenses, loss of wages and earning capacity, and she was otherwise injured and damnified.

20. The Defendant, Garden City Owner LLC, by and through its agents, servants and/or employees owed a duty to the Plaintiff to keep, maintain and/or inspect the premises and to keep the premises in a reasonably safe condition.

21. That on or about July 20, 2021, Defendant, Garden City Owner LLC, by and/or through its agents, servants, and/or employees (for which this defendant is responsible for through Respondeat Superior), negligently maintained or allowed said premises to be or remain in a negligent condition and/or failed to warn of a defective and/or dangerous floor mat located on the floor at or near the inner entrance/exit doors, and in an area where invitees are known to traverse, at the property located at 200 Midway Road in Cranston, Rhode Island.

22. As a direct and proximate result of the Defendant's negligence Plaintiff was caused to incur personal injuries, pain and suffering, emotional distress requiring medical care,

3

surgery, scarring, permanent impairment, treatment and medical expenses, loss of wages and earning capacity, and she was otherwise injured and damnified.

23. Damages are sufficient to confer jurisdiction upon the Superior Court.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, plus interest, costs and attorney's fees.

## COUNT III

24. The Plaintiff hereby incorporates by reference paragraphs 1 thru 22 above and alleges as follows:

25. On or about July 20, 2021, Plaintiff, Jennifer Lawson, was an invitee on the property located at 200 Midway Road in Cranston, Rhode Island and at all times herein was in the exercise of sufficient due care and caution so as to allow recovery in this matter.

26. On or about July 20, 2021, Defendant, Crossharbor Capital Partners LLC, owned, operated, managed, maintained and/or otherwise controlled the property located at 200 Midway Road in Cranston, Rhode Island.

27. That on or about July 20, 2021, Plaintiff, Jennifer Lawson, was an invitee at the Garden City Center, 200 Midway Road in Cranston, Rhode Island, and while exiting said property Plaintiff was caused to trip and fall due to an unreasonably dangerous condition, to wit, a negligently maintained floor mat located within the inner exit/entry doors, where invitees are known to traverse, causing Plaintiff to be severely injured, incur pain and suffering, requiring medical care, surgery, scarring, permanent impairment, treatment and medical expenses, loss of wages and earning capacity, and she was otherwise injured and damnified.

28. The Defendant, Crossharbor Capital Partners LLC, by and through its agents, servants and/or employees owed a duty to the Plaintiff to keep, maintain and/or inspect the premises and to keep the premises in a reasonably safe condition.

29. That on or about July 20, 2021, Defendant, Crossharbor Capital Partners LLC, by and/or through its agents, servants, and/or employees (for which this defendant is responsible for through Respondeat Superior), negligently maintained or allowed said premises to be or remain in a negligent condition and/or failed to warn of a defective and/or dangerous floor mat located on the floor at or near the inner entrance/exit doors, and in an area where invitees are known to traverse, at the property located at 200 Midway Road in Cranston, Rhode Island.

30. As a direct and proximate result of the Defendant's negligence Plaintiff was caused to incur personal injuries, pain and suffering, emotional distress requiring medical care,

4

surgery, scarring, permanent impairment, treatment and medical expenses, loss of wages and earning capacity, and she was otherwise injured and damnified.

31. Damages are sufficient to confer jurisdiction upon the Superior Court.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, plus interest, costs and attorney's fees.

## COUNT IV

32. The Plaintiff hereby incorporates by reference paragraphs 1 thru 31 above and alleges as follows:

33. On or about July 20, 2021, Plaintiff, Jennifer Lawson, was an invitee on the property located at 200 Midway Road in Cranston, Rhode Island and at all times herein was in the exercise of sufficient due care and caution so as to allow recovery in this matter.

34. On or about July 7, 2020, Defendant, Ocean State Janitorial Services, Inc. was hired/contracted by Defendant, Garden City Owner LLC and Defendant, WS Asset Management Inc. to provide nightly janitorial and day porter services at the Garden City Center located at 200 Midway Road in Cranston, Rhode Island.

35. As part of Defendant, Ocean State Janitorial Services, Inc.'s contractual duties to Co-Defendants Garden City Owner LLC and WS Asset Management Inc., Defendant, Ocean State Janitorial Services, Inc. was to inspect and report any unsafe conditions or potential hazardous situations to co-defendants and to remove any unsafe and/or hazardous conditions from the property for the safety of any and all patrons and/or invitees who may be on the property located at the Garden City Center, to include the Plaintiff.

36. That on or about July 20, 2021, Plaintiff, Jennifer Lawson, was an invitee at the Garden City Center, 200 Midway Road in Cranston, Rhode Island, and while exiting said property Plaintiff was caused to trip and fall due to an unreasonably dangerous condition, to wit, a negligently maintained floor mat located within the inner exit/entry doors, where invitees are known to traverse, causing Plaintiff to be severely injured, incur pain and suffering, requiring medical care, surgery, scarring, permanent impairment, treatment and medical expenses, loss of wages and earning capacity, and she was otherwise injured and damnified.

37. The Defendant, Ocean State Janitorial Services, Inc.'s, by and through its agents, servants and/or employees owed a duty to the Plaintiff to keep, maintain and/or inspect the premises and to keep the premises in a reasonably safe condition.

38. That on or about July 20, 2021, Defendant, Ocean State Janitorial Services, Inc.'s, by and/or through its agents, servants, and/or employees (for which this defendant is

5

responsible for through Respondeat Superior), negligently maintained or allowed said premises to be or remain in a negligent condition and/or failed to warn of a defective and/or dangerous floor mat located on the floor at or near the inner entrance/exit doors, and in an area where invitees are known to traverse, at the property located at 200 Midway Road in Cranston, Rhode Island.

39. As a direct and proximate result of the Defendant's negligence Plaintiff was caused to incur personal injuries, pain and suffering, emotional distress requiring medical care, surgery, scarring, permanent impairment, treatment and medical expenses, loss of wages and earning capacity, and she was otherwise injured and damnified.

40. Damages are sufficient to confer jurisdiction upon the Superior Court.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, plus interest, costs and attorney's fees.

Plaintiff,
By and through her Attorney,

/s/ Andrew O. Resmini

Andrew O. Resmini, Esq. #8705
Law Offices of Ronald J. Resmini, Ltd.
365 Eddy Street, 2nd Floor
Providence, RI 02903
(401) 751-8855 Tel.
(401) 228-6577 Fax

**PLAINTIFF DEMANDS TRIAL BY JURY**